# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JINALBEN RAHULKUMAR PATEL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> US CITIZENSHIP AND ) <br> IMMIGRATION SERVICES ) <br> DIRECTOR ) <br> ) <br> Defendant. ) | Civil No. 2:25-cv-00338-LEW |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered by Chief U.S. District Judge Lance E. Walker on December 3, 2025,

JUDGMENT of Dismissal is hereby entered.

ERIC M. STORMS
ACTING CLERK

By: /s/ Stacey Graf
Deputy Clerk

Dated this 3rd day of December, 2025.